# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EDITHA F. SALVADOR, | Case No. 2:17-cv-02857-APG-CWH |
| Plaintiff, | |
| v. | |
| BANK OF NEW YORK MELLON, et al., | **ORDER** |
| Defendants. | |

Presently before the Court is Defendant Quality Loan Service Corporation's proposed discovery plan (ECF No. 32), filed on January 19, 2018. No other party participated in the proposed discovery plan.

Under Local Rule 26-1(a), a plaintiff must initiate a scheduling conference within 30 days after the first defendant answers or otherwise appears in this case. The scheduling conference must satisfy the requirements set forth in Federal Civil Rule of Civil Procedure 26(f). In this case, Defendant Quality Loan Servicing Corp appeared by filing a motion to dismiss (ECF No. 11), on December 6, 2017. Defendant Select Portfolio Servicing, Inc. then appeared on December 11, 2018 (ECF No. 14), followed by Defendants Bank of New York Mellon and Bayview Loan Servicing, LLC on December 26, 2017 (ECF No. 19), and Defendant Bank of America on January 2, 2018 (ECF No. 22). Plaintiff was therefore required to initiate a scheduling conference no later than January 5, 2018, which is thirty days after the first Defendant appeared. In its proposed discovery plan, Defendant represents that pro se Plaintiff Editha Salvador has not initiated a scheduling conference, and instead suggests its own discovery plan. Absent a conference between parties, the Court does not find that the proposed discovery plan meets the requirements of either Local Rule 26-1(a) or Fed. R. Civ. P. 26(f). The Court will therefore not approve Defendant's proposed discovery plan. The responsibility to initiate such a conference falls to Plaintiff.

//

//

1

IT IS THEREFORE ORDERED that Defendant's proposed discovery plan (ECF No. 32) is DENIED without prejudice.

IT IS FURTHER ORDERED that pro se Plaintiff Editha Salvador must initiate a scheduling conference in accordance with Local Rule 26-1(a) and Federal Rule of Civil Procedure 26(f), to be held no later than February 14, 2018.

DATED: January 24, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge