UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDITHA F. SALVADOR,<br><br>        Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK MELLON, et al.,<br><br>        Defendants. | Case No. 2:17-cv-02857-APG-VCF<br><br>**ORDER FOR BRIEFING SCHEDULE ON MOTION FOR INJUNCTION**<br><br>(ECF No. 67) |

    Plaintiff Editha Salvador filed a motion for an injunction blocking a trustee's sale of her property at 4404 Grey Spencer Drive. ECF No. 67. Attached to her motion is a Notice of Trustee's Sale scheduling a sale on April 27, 2018. Thus, there is an apparent need to resolve Salvador's motion quickly.

    IT IS THEREFORE ORDERED that the defendants shall file a response to the motion for injunction by Thursday, April 19, 2018. Salvador may file a reply in support of her motion by Monday, April 23.

    DATED this 16th day of April, 2018.

                                                    ANDREW P. GORDON
                                                    UNITED STATES DISTRICT JUDGE